UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROGER CORN and PAULA CORN,

    Plaintiffs,

v.                              Case No:   6:18-cv-82-Orl-31TBS

LA MESA RV CENTER, INC.,

    Defendant.

## ORDER

This case comes before the Court on La Mesa RV Center, Inc.'s Initial Rule 26 Disclosures (Doc. 29), docketed as a motion. This district prohibits litigants from filing discovery material unless "ordered by the Court, if necessary to the presentation or defense of a motion, or if required by law or rule." Middle District Discovery (2015) at 4;[1] see also FED. R. CIV. P. 5(d)(1); M.D. FLA. R. 3.03. There is no valid reason for Defendant to file its disclosures and they are therefore, **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on April 18, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties

---

[1] The Middle District Discovery (2015) handbook can be found on the Court's website, http://www.flmd.uscourts.gov, under the "Forms & Publications" tab.